Earl C. Cameron, and Pree & Pree, for appellants; James B. Martin, for appellees. Opinion by JUSTICE REYNOLDS. **Not to be published in full.** Opinion filed November 6, 1951; rehearing allowed January 16, 1952; opinion on rehearing filed June 10, 1952; rehearing denied August 18, 1952; released for publication August 18, 1952.

First Mutual Savings Association, Plaintiff, v. Benjamin O. Cooper, Auditor of Public Accounts of State of Illinois et al., Defendants.
Irving J. Lewis et al., Movants-Appellants, v. First Mutual Savings Association, Plaintiff-Appellee, and Benjamin O. Cooper, Auditor of Public Accounts of State of Illinois et al., Defendants-Appellees.

Gen. No. 9,797.

Charles G. Briggle, Jr., for appellants;

C. Wylie Allen, and Giffin, Winning, Lindner & Newkirk, for plaintiff-appellee; Montgomery S. Winning, and James M. Winning, of counsel; Ivan A. Elliott, Attorney General of State of Illinois, for defendants-appellees; William C. Wines, James C. Craven, and Raymond S. Sarnow, of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed June 10, 1952; rehearing denied August 18, 1952; released for publication August 18, 1952.

## Helen Heitz, Ruth Heitz, now Ruth Heitz Hopkins, and Charles Heitz, Plaintiffs-Appellees, v. Ernest Hersheway, Defendant-Appellant.

### Gen. No. 10,610.

Dove, P. J., dissenting.

Zwanig, Thompson & Lanuti, for appellant; Berry & O'Conor, for appellees. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed July 3, 1952; rehearing denied August 18, 1952; released for publication August 18, 1952.